UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| FAMM STEEL, INC. ) | CIVIL ACTION NO. 302CV694(EBB) |
| ) | |
| v. ) | |
| ) | |
| C.R. KLEWIN NORTHEAST, L.L.C. ) | |
| and UNITED STATES FIDELITY & ) | |
| GUARANTY COMPANY ) | NOVEMBER 13, 2003 |

---

## JOINT MOTION TO
## MODIFY SCHEDULING ORDER AND DISCOVERY DEADLINES

The plaintiff, FAMM Steel, Inc. ("FAMM"), and the Defendants, C.R. Klewin Northeast, L.L.C. ("Klewin") and United States Fidelity & Guaranty Company ("USF&G"), hereby jointly move that the current scheduling order and discovery deadlines be extended by 90 days as follows:

1. Discovery shall be completed by March 31, 2004;

2. Dispositive motions shall be filed on or before April 30, 2004;

3. Joint Trial Memorandum required by the Standing Order on Memoranda in Civil Cases will be filed 21 days before trial;

4. The Case will be ready for trial by June 30, 2004.

In support of this Motion, the parties state that additional time is needed to complete the discovery required in this case. Defendant Klewin continues to be involved in an arbitration with

the City of Bridgeport, the owner of the construction project at issue, and claims there may be contingent liability that it may incur as a result of claims of delay by the City of Bridgeport as a result of FAMM's alleged failure to meet its contractual obligations. Klewin indicates that it still does not have information necessary to determine the full extent and nature of such allegations because the City has not put on its entire case. The arbitrators have committed to making a decision on the case by December 31, 2003. The discovery process cannot be completed until there is a resolution of the arbitration and the City's claims are known.

This is the second Joint Motion to Modify Scheduling Order and Discovery Deadlines filed by the parties.

WHEREFORE, the parties respectfully request that their motion be granted.

| FAMM STEEL, INC. | C.R. KLEWIN NORTHEAST, L.L.C.<br>and UNITED STATES FIDELITY AND<br>GUARANTY COMPANY |
|---|---|
| By: *[signature]*<br>Beth N. Mercier<br>Federal Bar No. ct16746<br>Michelson, Kane, Royster & Barger, P.C.<br>93 Oak Street<br>Hartford, CT 06106<br>Tel: (860) 522-1243<br>Fax: (860) 548-0194<br>Email: bmercier@snet.net | By: *[signature]*<br>Jennifer A. Osowiecki<br>Federal Bar No. ct14646<br>Pepe & Hazard LLP<br>225 Asylum Street, Goodwin Square<br>Hartford, CT 06103<br>Tel: (860) 522-5175<br>Fax: (860) 522-2796<br>Email: josowiecki@pepehazard.com |

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 19th day of November, 2003 to all counsel of record:

Attorney Jennifer Osowiecki
Pepe & Hazard, LLP
225 Asylum Avenue, Goodwin Square
Hartford, CT 06103

Beth N. Mercier