UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------
**FAMM STEEL, INC.**                )    **CIVIL ACTION NO.**
                                    )    **302CV694(EBB)**
                                    )
**v.**                              )
                                    )
**C.R. KLEWIN NORTHEAST, L.L.C.**   )
**and UNITED STATES FIDELITY &**    )
**GUARANTY COMPANY**                )    **FEBRUARY 6, 2004**
---------------------------------

### APPEARANCE

Please enter the appearance of Paul S. Tagatac as counsel for the Plaintiff, Famm Steel, Inc., in the above-captioned matter.

        THE PLAINTIFF,
        FAMM STEEL, INC.

By: _____
    Paul S. Tagatac
    Michelson, Kane, Royster &
    Barger, P.C.
    93 Oak Street
    Hartford, Connecticut 06106
    Federal Bar No. CT08548
    Telephone: (860)522-1243
    Facsimile: (860)548-0194
    Email: ptagatac@snet.net

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 6th day of February to all pro se parties and counsel of record as follows:

Attorney Jennifer A. Osowiecki
Pepe & Hazard LLP
225 Asylum Street, Goodwin Square
Hartford, Connecticut 06103-4302

_____
Paul S. Tagatac