UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
New Haven

| | |
|---|---|
| FAMM STEEL INC.,<br>　　　　Plaintiff, | :<br>: |
| V. | : CIVIL ACTION NO:<br>: 3:02 CV 694 (EBB) |
| C.R. KLEWIN NORTHEAST, L.L.C., ET AL.<br>　　　　Defendants. | :<br>:<br>: FEBRUARY 18, 2004 |

## JOINT MOTION TO
## MODIFY SCHEDULING ORDER AND DISCOVERY DEADLINES

The Plaintiff, FAMM Steel, Inc. ("FAMM"), and the Defendants, C. R. Klewin Northeast. L.L.C. ("Klewin") and United States Fidelity & Guaranty Company ("USF&G"), hereby jointly move that the current scheduling order and discovery deadlines be extended by 90 days as follows:

1.　　Discovery shall be completed by June 30, 2004;

2.　　Dispositive motions shall be filed on or before July 30, 2004;

3.　　Joint Trial Memorandum required by the Standing Order on Memoranda in Civil Cases will be filed 21 days before trial;

4.　　The Case will be ready for trial by September 30, 2004.

The additional time is needed for the parties to complete the discovery required in this case. The defendant Klewin is in the final stages of completing a lengthy arbitration between Klewin and the City of Bridgeport, the owner of the construction project at issue. At this time,

briefs are being submitted to the arbitrators, and a decision is expected within the next 90 days. A decision by the arbitrators will define, among other things, issues concerning the payment for FAMM's work that was included in requisitions submitted by Klewin. One matter at issue is a contingent liability that Klewin may incur as a result of claims of delay by the City of Bridgeport and/or other subcontractors as a result of FAMM's alleged failure to meet its contractual obligations. The discovery process cannot be completed until there is a resolution of the arbitration. In addition, it would be impractical to prepare any dispositive motions or the Joint Trial Memorandum prior to the completion of discovery.

This is the third Joint Motion to Modify Scheduling Order and Discovery Deadlines filed by the parties.

WHEREFORE, the parties respectfully request that their motion be granted.

| PLAINTIFF,<br>FAMM STEEL INC. | DEFENDANTS,<br>C.R. KLEWIN NORTHEAST, L.L.C.<br>and UNITED STATES FIDELITY AND<br>GUARANTY COMPANY |
|---|---|
| By: _____<br>Paul S. Tagatac<br>Michelson, Kane, Royster & Barger, P.C.<br>93 Oak Street<br>Hartford, Connecticut 06106<br>Hartford, Connecticut 06106<br>Federal Bar No. CT08548<br>Telephone (860) 522-1243<br>Facsimile (860) 548-0194<br>Email: ptagatac@snet.net | By: _____<br>Jennifer A. Osowiecki<br>Federal Bar No. ct14646<br>Pepe & Hazard LLP<br>225 Asylum Street, Goodwin Square<br>Hartford, Connecticut 06103-4302<br>Telephone (860) 522-5175<br>Facsimile (860) 522-2796<br>Email: josowiecki@pepehazard.com |

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 6th day of February, 2004, to:

Attorney Paul S. Tagatac
Michelson, Kane, Royster & Barger, P.C.
93 Oak Street
Hartford, Connecticut 06106

By _____
Jennifer A. Osowiecki
Federal Bar No. ct14646