

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
New Haven

|  |  |
|---|---|
| FAMM STEEL INC., <br> Plaintiff, | : <br> : <br> : |
| V. | : CIVIL ACTION NO: <br> : 3:02 CV 694 (EBB) <br> : |
| C.R. KLEWIN NORTHEAST, L.L.C., ET AL. <br> Defendants. | : <br> : FEBRUARY 18, 2004 <br> : |

### JOINT MOTION TO
### MODIFY SCHEDULING ORDER AND DISCOVERY DEADLINES

The Plaintiff, FAMM Steel, Inc. ("FAMM"), and the Defendants, C. R. Klewin Northeast. L.L.C. ("Klewin") and United States Fidelity & Guaranty Company ("USF&G"), hereby jointly move that the current scheduling order and discovery deadlines be extended by 90 days as follows:

1. Discovery shall be completed by June 30, 2004;

2. Dispositive motions shall be filed on or before July 30, 2004;

3. Joint Trial Memorandum required by the Standing Order on Memoranda in Civil Cases will be filed 21 days before trial;

4. The Case will be ready for trial by September 30, 2004.

The additional time is needed for the parties to complete the discovery required in this case. The defendant Klewin is in the final stages of completing a lengthy arbitration between Klewin and the City of Bridgeport, the owner of the construction project at issue. At this time,