UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FAMM STEEL, INC.

    v.     :    Case No. 3:02CV00694(EBB)

CR KLEWIN NORTHEAST LLC,
ET AL

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Joan Glazer Margolis</u> for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending: (orefm.) Doc.# _____

_x_ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf) _____

___ Other: (orefmisc./misc) _____

SO ORDERED this ___ day of September, 2004, at New Haven, Connecticut.

                                    ELLEN BREE BURNS, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

AO 72A
(Rev.8/82)