FILED
2005 APR -1  P 2: 37
U.S. [illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
New Haven

| | |
|---|---|
| FAMM STEEL, INC.<br>Plaintiff,<br><br>V.<br><br>C.R. Klewin Northeast, L.L.C., ET AL.<br>Defendants. | CIVIL ACTION NO:<br>3:02 CV 694 (EBB<br><br><br><br>MARCH 31, 2005 |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully moves for leave of Court to withdraw her appearance on behalf of **C.R. Klewin Northeast, LLC** and **United States Fidelity and Guaranty Company** ("Defendants") in the above-captioned matter because, as of March 1, 2005, she is no longer associated with the firm of Pepe & Hazard LLP. Other counsel, Timothy T. Corey of Pepe & Hazard LLP, has already appeared on behalf of Defendants. In addition, pursuant to Local Rule 5, notice of this motion to withdraw has been sent to Defendants, via certified mail, postage prepaid as of the above date.

WHEREFORE, the undersigned respectfully requests that this motion be granted.

Respectfully submitted,
JENNIFER A. OSOWIECKI

_____
Federal Bar No. ct14646
Cox & Osowiecki, LLC
110 Barnes Road
Wallingford, Connecticut 06492
Telephone: (203) 294-7272
Facsimile: (203) 294-7271
josowiecki@CoxLawOffices.com

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 31st day of March, 2005, to:

**COUNSEL FOR FAMM STEEL, INC.:**
Attorney Paul S. Tagatac
Michelson, Kane, Royster & Barger, PC
93 Oak Street
Hartford, Connecticut 06106

**COUNSEL FOR C.R. KLEWIN NORTHEAST, LLC and UNITED STATES FIDELITY AND GUARANTY COMPANY:**
Attorney Timothy T. Corey
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06103-4302

By_____
Jennifer A. Osowiecki
Commissioner of the Superior Court