IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
:
FAMM STEEL, INC.                                : 3:02 CV 694 (EBB)
:
v.                                              :
:
CR KLEWIN NORTHEAST LLC & UNITED                : DATE: APRIL 11, 2005
STATES FIDELITY & GUARANTY CO.                  :
---------------------------------------------------------------x

ORDER

      On April 19, 2002, plaintiff Famm Steel, Inc. commenced this action against defendant CR Klewin Northeast, LLC and United States Fidelity & Guaranty Co. (Dkt. #1). On February 26, 2004, Senior United States District Judge Ellen Bree Burns ordered that all discovery be completed by June 30, 2004, all dispositive motions be filed by July 30, 2004, and the case be trial ready as of September 30, 2004. (Dkt. #20). The file thereafter was referred to this Magistrate Judge on September 24, 2004 for settlement. (Dkt. #21). A telephonic conference was held on October 27, 2004 (Dkts. ##22-23), at which the Court was advised that plaintiff Famm Steel, Inc. has been liquidated and that the creditor-in-possession has failed to communicate with plaintiff's counsel. No significant developments have occurred in this litigation since that time.

      Accordingly, **on or before May 2, 2005**, counsel for all parties shall submit status reports, whether jointly or individually, directly to the Magistrate Judge's Chambers, which reports indicate the status of discovery in this case, whether any party anticipates filing summary judgment motions, whether a settlement conference before this Magistrate Judge would be productive, or whether this case should be scheduled for trial. **Failure to respond may result in the dismissal of this action under Local Rule 41(a)**.

Dated this in New Haven, Connecticut, this 11th day of April, 2005.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge