UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FAMM STEEL, INC. <br> Plaintiff | CIVIL ACTION NO. 3:02 CV 694 (EBB) |
| V. | |
| C. R. KLEWIN NORTHEAST, LLC, ET AL <br> Defendants | MAY 1, 2005 |

## JOINT STATUS REPORT

Pursuant to the Court's April 11, 2005 Order, the parties submit the following status report. This matter involves a dispute over the construction of a project known as The Arena at Harbor Yard in Bridgeport, Connecticut (hereinafter the "Project"). Plaintiff alleges that it is owed approximately $200,000.00 for labor and materials furnished to the Project. Defendants assert various counterclaims and/or backcharges equal to or greater than Plaintiff's alleged contract balance. Defendant, C. R. Klewin Northeast, also has claims directly against the Project owner, City of Bridgeport, including amounts for work performed by Plaintiff. The parties in the current matter have been waiting for a final arbitration award in the Klewin v. City of Bridgeport matter as such award may resolve all matters related to the current dispute.

During the October, 2004 status conference, Defendant reported that it received a favorable arbitration award in its claims versus the City of Bridgeport. The City of Bridgeport is challenging the award. The trial court granted Defendant's motion to confirm and upheld the arbitration award. The City appealed the trial court's ruling and the motions to confirm/vacate are pending before the Connecticut Appellate Court. Defendant expects to receive a ruling from the Court about early 2006. There is a strong likelihood that the Connecticut Appellate Court will confirm the award. Depending on the Connecticut Appellate Court's ruling, the current matter may be resolved without the need for further action by either party.

Plaintiff and Defendant request a continued stay of this proceeding until after the Connecticut Appellate Court has ruled on the arbitration award.

| | |
|---|---|
| Daniel J. Klau, Esq. | Paul S. Tagatac, Esq. |
| Federal Bar No.:ct17957 | Federal Bar No.: ct08548 |
| Pepe & Hazard, LLP | Michelson, Kane, Royster & Barger, P.C. |
| 225 Asylum Street | 93 Oak Street |
| Hartford, CT 06103 | Hartford, CT 06106 |
| Telephone: (860) 241-2627 | Telephone: (860) 522-1243 |
| Fax: (860) 522-2796 | Fax: (860) 548-0194 |
| Email: dklau@pepehazard.com | Email: PTAGATAC@SNET.NET |