IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
:
FAMM STEEL, INC.                              :    3:02 CV 694 (EBB)
:
v.                                            :
:
CR KLEWIN NORTHEAST LLC & UNITED              :    DATE: MAY 12, 2005
STATES FIDELITY & GUARANTY CO.                :
---------------------------------------------------------------x

## ORDER

       The procedural history of this litigation is set forth in this Magistrate Judge's Order, filed April 12, 2005. (Dkt. #26). Pursuant to this Order, on May 6, 2005, the parties filed a Joint Status Report (Dkt. #27), which indicates that the parties are awaiting a decision by the Connecticut Appellate Court, which depending on the ruling, possibly could resolve the pending controversy without the need for further action by either party. Thus, both parties request a continued stay of this proceeding until after the Connecticut Appellate Court has ruled on the arbitration award.

       Accordingly, this action is further stayed until the Connecticut Appellate Court has ruled on the arbitration award. Counsel shall file a Joint Status Report within two weeks of the Connecticut Appellate Court's ruling, or by November 15, 2005, whichever occurs first.

       Dated this in New Haven, Connecticut, this 12th day of May, 2005.


                                                                _____/s/_____
                                                                Joan Glazer Margolis
                                                                United States Magistrate Judge