UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FAMM STEEL, INC. | CIVIL ACTION NO. 3:02 CV 694 (EBB) |
| Plaintiff | |
| V. | |
| C. R. KLEWIN NORTHEAST, LLC, ET AL | JANUARY 3, 2006 |
| Defendants | |

PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Order, the plaintiff submits the following status report. The parties continue to wait for a final ruling in the arbitration between C.R. Klewin and the City of Bridgeport as detailed below.

The case involves the construction of a project known as The Arena at Harbor Yard in Bridgeport, Connecticut (hereinafter the "Project"). Plaintiff alleges that it is owed approximately $200,000.00 for labor and materials furnished to the Project. Defendants assert various counterclaims and/or backcharges equal to or greater than plaintiff's alleged contract balance. Defendant C.R. Klewin Northeast continues to pursue claims directly against the Project owner, City of Bridgeport, including amounts for work performed by plaintiff. The parties in the current matter have been waiting for a final arbitration award in Klewin v. City of

Bridgeport as such award may resolve all matters related to the current dispute. C.R. Klewin received a favorable arbitration award, but the City of Bridgeport sought to vacate such award.

Based on the information currently available to plaintiff, defendant C.R. Klewin continues to wait for a ruling from the Connecticut Appellate Court on the City of Bridgeport's appeal of the order confirming the award. Based on information previously received from defendants, they expect to receive a ruling from the Appellate Court in early 2006. Plaintiff has not received any additional information about the timing of the Appellate Court's ruling. There is a strong likelihood that the Connecticut Appellate Court will confirm the award. Depending on the Connecticut Appellate Court's ruling, the current matter may be resolved without the need for further action by either party.

Plaintiff and Defendant request a continued stay of this proceeding until after the Connecticut Appellate Court has ruled on the arbitration award.

Paul S. Tagatac, Esq.
Federal Bar No.: ct08548
Michelson, Kane, Royster & Barger, P.C.
10 Columbus Boulevard
Hartford, CT  06106
Telephone: (860) 522-1243
Fax: (860) 548-0194
Email: PTAGATAC@MKRB.COM

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via United States mail postage prepaid, on this 3rd day of January 2006.

Daniel J. Klau, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Juris No.: ct 17957

_____
Paul S. Tagatac