IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x
:
FAMM STEEL, INC.  :  3:02 CV 694 (EBB)
:
v.  :
:
CR KLEWIN NORTHEAST LLC & UNITED  :  DATE: JAN. 4, 2006
STATES FIDELITY & GUARANTY CO.  :
-----------------------------------------------------------------x

## ORDER

_____The procedural history of this litigation is set forth in this Magistrate Judge's Order, filed April 12, 2005. (Dkt. #26). On May 6, 2005 and again on January 3, 2006, the parties filed Status Reports (Dkts. #27 & 29), which indicate that the parties are awaiting a decision by the Connecticut Appellate Court, which depending on the ruling, possibly could resolve the pending controversy without the need for further action by either party. Thus, the parties request a continued stay of this proceeding until after the Connecticut Appellate Court has ruled on the arbitration award.

Accordingly, this action is further stayed until the Connecticut Appellate Court has ruled on the arbitration award. Counsel shall file a Joint Status Report within two weeks of the Connecticut Appellate Court's ruling, or by June 30, 2006, whichever occurs first.

Dated this in New Haven, Connecticut, this 4th day of January, 2006

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge