UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FAMM STEEL, INC.                                    CIVIL ACTION NO. 3:02 CV 694 (EBB)
    Plaintiff

V.

C. R. KLEWIN NORTHEAST, LLC, ET AL          June 27, 2006
    Defendants

JOINT STATUS REPORT

Pursuant to the Court's January 4, 2006 Order, the parties submit the following status

report.   This matter involves a dispute over the construction of a project known as The Arena at

Harbor Yard in Bridgeport, Connecticut (hereinafter the "Project").  Plaintiff alleges that it is

owed approximately $200,000.00 for labor and materials furnished to the Project.  Defendants

assert various counterclaims and/or backcharges equal to or greater than Plaintiff's alleged

contract balance.  Defendant, C. R. Klewin Northeast, also has claims directly against the Project

owner, City of Bridgeport, including amounts for work performed by Plaintiff..

Defendant received a favorable arbitration award in its claims versus the City of

Bridgeport, but Bridgeport is challenging the award.  The trial court confirmed the award and

denied Bridgeport's motion to vacate.  Bridgeport's appeal from the trial court's judgment is

pending before the Connecticut Supreme Court. The parties to the arbitration have filed briefs

with the Connecticut Supreme Court and have been advised that the appeal will be scheduled for

argument in September or October 2006. The current matter may be resolved without further

action by the Court, provided the Connecticut Supreme Court confirms the <u>Klewin v. City of</u>

<u>Bridgeport</u> award.

Plaintiff and Defendant request a continued stay of this proceeding until after the

Connecticut Supreme Court has ruled on the pending appeal.


Daniel J. Klau, Esq.
Federal Bar No.: 17957
Pepe & Hazard, LLP
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 241-2627
Fax: (860) 522-2796
Email: dklau@pepehazard.com


Paul S. Pagatac, Esq.
Federal Bar No.: ct08548
Michelson, Kane, Royster & Barger, P.C.
10 Columbus Boulevard
Hartford, CT 06106
Telephone: (860) 522-1243
Fax: (860) 548-0194
Email: ptagatac@mkrb.com