IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------------x
                                              :
FAMM STEEL, INC.                              :    3:02 CV 694 (EBB)
                                              :
v.                                            :
                                              :
CR KLEWIN NORTHEAST LLC & UNITED              :    DATE: AUGUST 2, 2006
STATES FIDELITY & GUARANTY CO.                :
-----------------------------------------------------------------x
```

## ORDER

      On July 13, 2006, the parties filed a Status Report (Dkt. #32), which indicates that the parties are awaiting a decision by the Connecticut Supreme Court, which depending on the ruling, possibly could resolve the pending controversy without the need for further action by either party. Thus, the parties request a continued stay of this proceeding until after the Connecticut Supreme Court has ruled on the arbitration award.

      Accordingly, this action is further stayed until the Connecticut Supreme Court has ruled on the arbitration award. Counsel shall file a Joint Status Report within two weeks of the Connecticut Supreme Court's ruling, or by January 16, 2007, whichever occurs first.

      Dated this in New Haven, Connecticut, this 2nd day of August, 2006

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge