UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FAMM STEEL, INC.                           CIVIL ACTION NO. 3:02 CV 694 (EBB)
    Plaintiff

V.

C. R. KLEWIN NORTHEAST, LLC, ET AL      DECEMBER 13, 2006
    Defendants

**MOTION TO WITHDRAW APPEARANCE**

The undersigned counsel moves to withdraw his appearance for plaintiff, FAMM Steel, Inc. Plaintiff has retained Nelson, Kinder, Mosseau & Saturley, PC to represent it in this matter. A copy of the December 4, 2006 letter from Kenneth E. Rubinstein, Esq., is attached as Exhibit 1.

                                                      PLAINTIFF,
                                                      FAMM STEEL, INC.

                                                      By _____
                                                      Paul S. Tagatac, Esq.
                                                      Federal Bar No.: ct08548
                                                      Michelson, Kane, Royster & Barger, P.C.
                                                      10 Columbus Boulevard
                                                      Hartford, CT 06106
                                                      Telephone: (860) 522-1243
                                                      Fax: (860) 548-0194
                                                      E-mail: ptagatac@mkrb.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States mail postage prepaid, on this 13th day of December 2006.

Daniel J. Klau, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Juris No.: ct 17957

_____
Paul S. Tagatac

**EXHIBIT 1**

# NELSON KINDER MOSSEAU & SATURLEY, PC
### ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| Richard C. Nelson | John C. Kissinger, Jr. | Gerald F. Lucey* | |
| E. Tupper Kinder | Michael T. McInerny | Frank W. Beckstein, III | |
| Peter W. Mosseau | Paul T. Milligan* | Jeffrey A. Meyers | Dana L. Fleming |
| William C. Saturley | Jonathan A. Lax | Jeanne M. McCormick* | Alexander G. Rheaume |
| Nicholas K. Holmes | Kenneth E. Rubinstein | Robert F. Adams* | Heidi A. Schiller,* |
| Mark D. Attorri | Christopher T. Vrountas | Robert B. Smith* | Of Counsel |
| Bradley D. Holt | Christopher D. Hawkins | Leonard D. Zamansky* | *Admitted in MA only |

RECEIVED DEC 6 2006 MICHELSON, KANE ROYSTER & BARGER

December 4, 2006

Paul S. Tagatac, Esquire
Michelson, Kane, Royster & Barger, PC
10 Columbus Boulevard
2nd Floor
Hartford, CT 06106

Re: FAMM Steel/Klewin

Dear Attorney Tagatac:

Thank you for taking the time to speak with me last week. In that regard, please be advised that Nelson, Kinder, Mosseau & Saturley, P.C. has been retained to represent Republic Financial Corporation in the above referenced matter.

Kindly forward to my attention, at your earliest opportunity, your firm's file in connection with FAMM's efforts to recover from Klewin. Additionally, please forward any open invoices to me, which I will forward to Republic Financial Corporation for their consideration.

Thank you in advance for your courtesies and anticipated prompt attention to this matter. Should you have any questions, do not hesitate to call me at: (603) 606-5022.

Very truly yours,

Kenneth E. Rubinstein

KER/dak
cc: Republic Financial Corporation

New Hampshire Office   99 Middle Street, Manchester, New Hampshire 03101   [603] 647-1800   Fax [603] 647-1900
Massachusetts Office   45 Milk Street, 7th Floor, Boston, Massachusetts 02109   [617] 778-7500   Fax [617] 778-7501
Maine Office   Two Monument Square, 6th Floor, Portland, Maine 04101   [207] 347-6901   Fax [207] 347-6902
Website www.nkms.com