UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FAMM STEEL, INC.                              CIVIL ACTION NO. 3:02 CV 694 (EBB)
    Plaintiff

V.

C. R. KLEWIN NORTHEAST, LLC, ET AL          DECEMBER 13, 2006
    Defendants

**MOTION TO WITHDRAW APPEARANCE**

The undersigned counsel moves to withdraw her appearance for plaintiff, FAMM Steel, Inc. Plaintiff has retained Nelson, Kinder, Mosseau & Saturley, PC to represent it in this matter. A copy of the December 4, 2006 letter from Kenneth E. Rubinstein, Esq., is attached as Exhibit 1.

                                                PLAINTIFF,
                                                FAMM STEEL, INC.

                                                By _/s/ Beth N. Mercier_
                                                Beth N. Mercier, Esq.
                                                Federal Bar No.  ct16746
                                                Michelson, Kane, Royster & Barger, P.C.
                                                10 Columbus Boulevard
                                                Hartford, CT  06106
                                                Telephone: (860) 522-1243
                                                Fax: (860) 548-0194
                                                E-mail: bmercier@mkrb.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States mail postage prepaid, on this 13th day of December 2006.

Daniel J. Klau, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Juris No.: ct 17957

*Beth N. Mercier*
Beth N. Mercier




# NELSON KINDER MOSSEAU & SATURLEY, PC
## ATTORNEYS AT LAW

Richard C. Nelson    John C. Kissinger, Jr.    Gerald F. Lucey*
E. Tupper Kinder     Michael T. McInerny       Frank W. Beckstein, III
Peter W. Mosseau     Paul T. Milligan*         Jeffrey A. Meyers         Dana L. Fleming
William C. Saturley  Jonathan A. Lax           Jeanne M. McCormick*      Alexander G. Rheaume
Nicholas K. Holmes   Kenneth E. Rubinstein     Robert F. Adams*          Heidi A. Schiller,*
Mark D. Attorri      Christopher T. Vrountas   Robert B. Smith*             Of Counsel
Bradley D. Holt      Christopher D. Hawkins    Leonard D. Zamansky*      *Admitted in MA only

December 4, 2006

RECEIVED DEC 6 2006 MICHELSON, KANE ROYSTER & BARGER

Paul S. Tagatac, Esquire
Michelson, Kane, Royster & Barger, PC
10 Columbus Boulevard
2nd Floor
Hartford, CT 06106

Re:   FAMM Steel/Klewin

Dear Attorney Tagatac:

Thank you for taking the time to speak with me last week. In that regard, please be advised that Nelson, Kinder, Mosseau & Saturley, P.C. has been retained to represent Republic Financial Corporation in the above referenced matter.

Kindly forward to my attention, at your earliest opportunity, your firm's file in connection with FAMM's efforts to recover from Klewin. Additionally, please forward any open invoices to me, which I will forward to Republic Financial Corporation for their consideration.

Thank you in advance for your courtesies and anticipated prompt attention to this matter. Should you have any questions, do not hesitate to call me at: (603) 606-5022.

Very truly yours,

Kenneth E. Rubinstein

KER/dak
cc:   Republic Financial Corporation