UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FAMM STEEL, INC., | CIVIL ACTION NO.: |
| Plaintiff, | 02-CV-00694 (EBB) |
| v. | |
| C. R. KLEWIN NORTHEAST, L.L.C. INC., | |
| Defendants. | JANUARY 8, 2008 |

## **APPEARANCE**

Please enter my appearance on behalf of the intervenor plaintiff, LINC CREDIT PROPERTY I, LLC, in the above-captioned mater.

                LINC CREDIT PROPERTY I, LLC

                By its attorneys,

                /s/ Jeffrey M. Thomen
                Jeffrey M. Thomen  (ct21864)
                McCarter & English
                185 Asylum Street
                CityPlace I
                Hartford, CT 06103
                Phone:  (860) 275-6754
                Fax:  (860) 560-5939
                Email:  jthomen@mccarter.com

ME1 6843109v.1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was served on all registered participants by electronic means through the ECF system as identified on the Notice of Electronic Filing.

      /s/ Jeffrey M. Thomen
      Jeffrey M. Thomen

ME1 6843109v.1