UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FAMM STEEL, INC.,

       Plaintiff,

v.

C. R. KLEWIN NORTHEAST, L.L.C. INC.,
et al.,

       Defendants.

CIVIL ACTION NO.:
02-CV-00694 (EBB)

JANUARY 8, 2008

## MOTION TO INTERVENE

1. On April 19, 2002, the Plaintiff FAMM, Inc. ("FAMM") commenced this action against C.R. Klewin Northeast, LLC and United States Fidelity & Guaranty Co.

2. Linc Credit Property I, LLC was a secured creditor of FAMM, and is the assignee of, *inter alia*, all of the claims by FAMM against the defendants (the "Claims"), including but not limited to those reflected in this action.

3. Linc Credit Property I, LLC became the assignee of the Claims as follows:

    a. Prior to December 30, 1993: In exchange for extension of credit from Fleet National Bank ("Fleet"), FAMM incurs debt, and grants security interest, to Fleet.

    b. July 31, 2001: Fleet assigns its interests in indebtedness and security interest of FAMM to Sovereign Bank ("Sovereign").

    c. March 9, 2004: Sovereign assigns its interests in indebtedness and security interest of FAMM to Linc Credit, LLC.

    d. April 23, 2004: Linc Credit, LLC formalizes the assignment of its interests in indebtedness and security interest of FAMM to Linc Credit Property I, LLC.

ME1 7016985v.2

4. In April 2004, Linc Credit Property I, LLC and Linc Credit, LLC foreclosed on the loan and security interest referred to herein, and acquired substantially all of the assets of FAMM, including but not limited to the Claims. FAMM consented in writing to said foreclosure and acquisition on April 9, 2004 and on February 16, 2005.

5. As the assignee from FAMM, Linc Credit Property I, LLC has the sole right to dispose of all matters referred to in this action. Linc Credit Property I, LLC is not, however, subject to counterclaims or similar causes of action, if any, which the defendants may have against FAMM, nor is it bound by any actions which FAMM may take, or fail to take, in this action.

6. Linc Credit Property I, LLC should be allowed to intervene in this action because only Linc Credit Property I, LLC has the authority to dispose of the claim originally brought by the Plaintiff in this action.

7. FAMM is unrepresented in these proceedings. This Court earlier allowed a motion by then-counsel for FAMM to withdraw, in the apparent belief that counsel for Linc Credit Property I, LLC would appear for FAMM. Counsel for Linc Credit Property I, LLC has never acted as counsel for FAMM. A copy of this motion will be served by mail on FAMM, and the undersigned anticipate no objection hereto.

8. Neither C.R. Klewin Northeast, LLC nor United States Fidelity & Guaranty Co. have any objection to this Motion.

**WHEREFORE** LINC CREDIT PROPERTY I, LLC PRAYS that this Court permit it to intervene as a party plaintiff in this action.

> LINC CREDIT PROPERTY I, LLC
>
> By its attorneys,
>
>   /s/ Jeffrey M. Thomen
> Jeffrey M. Thomen  (ct21864)
> McCarter & English
> 185 Asylum Street
> CityPlace I
> Hartford, CT 06103
> Phone:  (860) 275-6754
> Fax:  (860) 560-5939
> Email:  jthomen@mccarter.com

2

ME1 7016985v.2

CERTIFICATE OF SERVICE

     I hereby certify that this document was served on all registered participants by electronic means through the ECF system as identified on the Notice of Electronic Filing.

                          /s/ Jeffrey M. Thomen
                          Jeffrey M. Thomen

3