UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FAMM STEEL, INC., | CIVIL ACTION NO.: |
| | 02-CV-00694 (EBB) |
| Plaintiff, | |
| v. | |
| C. R. KLEWIN NORTHEAST, L.L.C. INC., | JANUARY 9, 2008 |
| Defendants. | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the Appearance filed on January 8, 2008 and assigned document number 39 was served via U.S. Mail upon:

Timothy T. Corey, Esq.  
Pepe & Hazard  
Goodwin Square  
Hartford, CT 06103-4302

FAMM Steel, Inc.  
c/o Ann Gavin  
25 Birch Hill Road  
Brookline, NH 03033

LINC CREDIT PROPERTY I, LLC

By its attorneys,

Jeffrey M. Thomen (ct21864)  
McCarter & English  
185 Asylum Street  
CityPlace I  
Hartford, CT 06103  
Phone: (860) 275-6754  
Fax: (860) 560-5939  
Email: jthomen@mccarter.com

ME1 7040587v.1