UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FAMM STEEL, INC., | CIVIL ACTION NO.: |
| | 02-CV-00694 (EBB) |
| Plaintiff, | |
| v. | |
| C. R. KLEWIN NORTHEAST, L.L.C. INC., | JANUARY 9, 2008 |
| Defendants. | |

### AMENDED CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the Motion to Intervene filed on January 8, 2008 and assigned document number 40 was served via U.S. Mail upon:

Timothy T. Corey, Esq.
Pepe & Hazard
Goodwin Square
Hartford, CT 06103-4302

FAMM Steel, Inc.
c/o Ann Gavin
25 Birch Hill Road
Brookline, NH 03033

LINC CREDIT PROPERTY I, LLC

By its attorneys,

_____
Jeffrey M. Thomen  (ct21864)
McCarter & English
185 Asylum Street
CityPlace I
Hartford, CT 06103
Phone:  (860) 275-6754
Fax:  (860) 560-5939
Email:  jthomen@mccarter.com

ME1 7040737v.1