# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

FAMM STEEL, INC.,

      Plaintiff,

      v.

C. R. KLEWIN NORTHEAST, LLC INC., et al.,

      Defendants.

CIVIL ACTION NO.:
02-CV-00694 (EBB)

JANUARY 17, 2008

## MOTION TO DISMISS WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41(a)(2)

Linc Credit Property I, LLC, Intervenor-Plaintiff, C.R. Klewin Northeast, LLC, and

United States Fidelity & Guaranty Co. Defendants and Plaintiffs in Counterclaim, jointly move

that this action, including any counter-claim herein, be dismissed with prejudice.  The moving

parties have settled the dispute between them that is the subject of this litigation.

LINC CREDIT PROPERTY I, LLC

By its attorneys,

Jeffrey M. Thomen  (ct21864)
McCarter & English
185 Asylum Street
CityPlace I
Hartford, CT 06103
Phone:  (860) 275-6754
Fax:  (860) 560-5939
Email:  jthomen@mccarter.com

ME1 7061477v.1

CR KLEWIN NORTHEAST, LLC
UNITED STATES FIDELITY &
GUARANTY CO.

By their attorneys,

Timothy T. Corey (ct00398)
Pepe & Hazard
Goodwin Square
Hartford, CT 06103
Phone: (860) 241-2673
Fax: (860) 522-2796
Email: tcorey@pepehazard.com

2

CERTIFICATE OF SERVICE

I hereby certify that this document was served by mail this date on FAMM STEEL, INC.,

c/o Ann Gavin, 25 Birch Hill road, Brookline, NH 03033

Jeffrey M. Thomen

ME1 7061477v.1